244 So.2d 609

**Succession of B. J. CHAUVIN, Sr.**

**No. 51139.**

Feb. 24, 1971.

DIXON, J., is of the opinion that writs should be granted on whole case, instead of on one application only.

244 So.2d 609

**Frank W. SCHULTZ**

**v.**

**Eugene ROBINSON.**

**No. 51145.**

Feb. 24, 1971.

 No error of law.